St. Petersburg State Bank, a corporation under the laws of the State of Florida, Appellant, vs. John G. Reardon, J. V. Burke and Enoch W. Agnew, Appellees.

Appeal from Circuit Court Marion county.

No appearance for Appellant.

*H. L. Anderson*, for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals.

Appeal dismissed on motion of counsel for appellees, for failure to prosecute.